HYMAN FINKELSTEIN, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.*

Supreme Court, Appellate Term, First Department, July 25, 1934.

*Tanner, Sillcocks & Friend* [*Frederick C. Tanner* and *Leonard M. Gardner* of counsel], for the appellant.

*Wikler, Gottlieb & Wikler* [*Harry A. Gottlieb* of counsel], for the respondent.

PER CURIAM. Inasmuch as the insured's doctor advised him to submit to an operation for hernia, and testified that in his opinion a prudent man would have followed that advice, it cannot be held

* Revg. 151 Misc. 113.

that the condition from which the insured was suffering constituted a total and permanent disability within the meaning of the policy. (See *Palloni* v. *Brooklyn-Manhattan Transit, Corp.*, 215 App. Div. 634.)

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur; present, CALLAHAN, FRANKENTHALER and SHIENTAG, JJ.